UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUSAN TOWESON, et al.                    )
                                         )
            Plaintiffs,                  )
                                         )
v.                                       )        No.  4:17 CV 01427 JMB
                                         )
BOSTON SCIENTIFIC CORP., et al.          )
                                         )
            Respondent.                  )

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Boston Scientific Corp.'s Motion for

Clarification.  (ECF No. 21)

By docket text order dated May 17, 2017, the Court granted Boston Scientific's Motion to

Stay All Proceedings.  (ECF No. 14)  On May 30, 2017, Plaintiffs filed a "Notice of Motion to

Stay Proceedings Including Any Action on Defendant Boston Scientific's Motion to Dismiss

Pending a Ruling on Plaintiffs' Motion to Remand and Request to Vacate Boston Scientific's

Stay Pending Transfer" (ECF No. 18) as well as a "Notice of Remand to State Court" (ECF No.

16) and their opposition to Boston Scientific's Motion to Dismiss.  (ECF No. 17)

On June 5, 2017, Boston Scientific moved for an extension of time to file their

oppositions to the Motions to Stay and for Remand to June 21, 2017.  (ECF No. 19)  The Court

granted that extension by docket text order on June 6, 2017.  (ECF No. 20)

Boston Scientific now asks the Court to clarify that it need only currently respond to the

portion of Plaintiff's filings related to Plaintiffs' request to lift the existing stay, which forms

part of ECF Number 18.  That is consistent with the existing stay.

Accordingly,

**IT IS ORDERED** that Boston Scientific's response to the portion of the Motion to Stay (ECF No. 18) pertaining to Plaintiffs' request to lift the current stay is due June 21, 2017;

**IT IS FURTHER ORDERED** that no responses to Plaintiffs' filings after the imposition of the stay (ECF Nos. 16-18) are due during the pendency of the stay;

**IT IS FINALLY ORDERED** that no other filings may be made in this case  pending further order of the Court, except that any party may file a motion to lift the stay if a party believes that is appropriate based on a change in circumstances.

Dated this 8ᵗʰ  day of June, 2017.

/s/ John M. Bodenhausen
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE